## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No. 07-524 - KI |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| KALISKA ROSE RUBIO, | ) | [Assault with a Dangerous Weapon |
| | ) | With Intent to do Bodily Harm & Assault |
| Defendant. | ) | Resulting in Serious Bodily Injury] |
| | | [18 U.S.C. §§113(a)(3), 113(a)(6) & 1153] |

### THE GRAND JURY CHARGES:

### COUNT 1

On or about July 18, 2007, on the Warm Springs Indian Reservation, within Indian Country, within the special maritime and territorial jurisdiction of the United States, and in the District of Oregon, **KALISKA ROSE RUBIO**, defendant herein, an Indian female, did knowingly assault a minor Indian female, with a dangerous weapon, to wit: a B.B. gun, with intent to do bodily harm; all in violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

### COUNT 2

On or about July 18, 2007, on the Warm Springs Indian Reservation, within Indian Country, within the special maritime and territorial jurisdiction of the United States, and in the District of Oregon, **KALISKA ROSE RUBIO**, defendant herein, an Indian female, did

Page 1 -      INDICTMENT

knowingly assault a minor Indian female, resulting in serious bodily injury; all in violation of Title 18, United States Code, Sections 113(a)(6) and 1153.

Dated this 19th day of December 2007.

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

KARIN J. IMMERGUT
United States Attorney
District of Oregon

_____
BILLY J. WILLIAMS, OSB # 90136
Assistant United States Attorney

Page 2 -     **INDICTMENT**