ORD PTS12C (09/06)

# United States District Court
## District of Oregon

### Petition for Warrant or Summons for Defendant Under Pretrial Service Supervision

| Name of Defendant | Date |
|---|---|
| Kaliska Rose Rubio | January 15, 2008 |
| Name of Judicial Officer | Case Number |
| The Honorable Donald C. Ashmanskas, U.S. Magistrate Judge | CR 07-524-KI |
| Original Offense | Date Supervision Commenced |
| Assault with a Dangerous Weapon with Intent to do Bodily Harm and Assault Resulting in Serious Bodily Injury | January 02, 2008 |

FILED '08 JAN 15 11:50 USDC-ORP

**Bond Conditions Imposed:**
- Report as directed by the U.S. Pretrial Services office.
- Do not change place of residence without the prior approval of U.S. Pretrial Services.
- Refrain from any use of controlled substances or alcohol. To ensure compliance with the restriction on alcohol use, submit to random body substance tests, including breath, blood and urinalysis as directed by Pretrial Services.
- Participate in a mental health evaluation and counseling at the direction of U.S. Pretrial Services. The defendant is also to take all medications as prescribed and participate in medication monitoring if directed by Pretrial Services.
- Neither own, possess, nor control any firearm (or any other specified weapon).
- Avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses: female juvenile.
- Avoid all contact Warren Wallulautm Jr., Taylor Arthur, Aldo Antunez and Adam Rubio Sr. (defendant may take the children to visit Mr. Rubio in jail only)
- The defendant shall enroll in approved schooling or participate in General Equivalency Program or a combination of both.
- The defendant is placed in the custody of:
  (Name of person or organization) Christine and Leroy Smith
  (Address) 1803 Kalish Road
  City and state) Warm Springs, OR (Tel. No.) 541-325-1173

who agrees a) to supervise the defendant in accordance with all conditions of release, b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____   _____
       Custodian or Proxy            Date

## PETITIONING THE COURT

☒ To issue a warrant

**Nature of Noncompliance**

The defendant violated her no contact condition of release by having direct contact with Aldo Antunez on January 14, 2008.

**U.S. Pretrial Services Officer Recommendation:**
☒ The bond should be revoked.
☒ Detention pending final adjudication due to
  ☐ risk of nonappearance.
  ☒ danger to community.

Based upon the above allegations, probable cause has been established that a violation of pretrial release has been committed. It is recommended the Court order the issuance of a warrant and order to show cause why the defendant's pretrial release should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/15/08

_Michelle Mauter_
U.S. Pretrial Services Officer

**Assistant U.S. Attorney's Position:**
☒ The U.S. Attorney's office has been notified of this violation and:
  ☒ Concurs with recommendation.
  ☐ Does not concur with recommendation.

_____   1-15-08
Assistant U.S. Attorney    Date

**THE COURT DIRECTS:**
☒ The Issuance of a Warrant (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)
☐ Other:

_____   January 15, 2008
U.S. Magistrate Judge       Date