PS 8(9/03)

# UNITED STATES DISTRICT COURT

## for

## DISTRICT OF OREGON

U.S.A. vs.

**Kaliska Rose Rubio**

Docket No. **CR 07-524-KI**

TO:  any United States Marshal or any other authorized officer

## WARRANT FOR ARREST OF DEFENDANT

You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the court.

| NAME OF DEFENDANT | SEX | RACE | AGE |
|---|---|---|---|
| **Kaliska Rose Rubio** | **F** | **I** | **23** |

ADDRESS (STREET, CITY, STATE)

**LKA**
**1760 Bray Ave**
**Warm Springs, OR 97761**

TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)

**U.S. District Court, Portland, Oregon**

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| SHERYL S. McCONNELL | | 01/15/08 |

## RETURN

| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
|---|---|---|

EXECUTING AGENCY (NAME AND ADDRESS)

| NAME | (BY) | DATE |
|---|---|---|