**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

Case No.: _CR 07-524 KI_     Date of Proceeding: _1-16-08_

**Presiding Judge:** Donald C. Ashmanskas     **Courtroom Deputy:** Paul Gale

Recorded: __FTR__ by Paul Gale     AUSA: _Tom Edmonds_
                                    (for: _Bill Williams_ )

Please use the above case number and initials on all future documents and correspondence in this action.
**DOCKET ENTRY:**
[ ]Interpreter(s): _____.
Record of time set for: [ ]First [X]Initial appearance [ ]Arraignment [X]Detention hearing/review [ ] Status hearing
[X]Pretrial/[ ]Supervised release hearing [ ]Preliminary hearing [ ]A/W from another district/Rule 5.1 or 32.1 proceedings.
[ ]**ORDER** - Appointing Federal Defender/CJA attorney to represent defendant(s).
[ ]**ORDER** - Defendant to proceed as named.
[ ]Defendant(s) advised of charges   [ ]Defendant(s) waived reading of the Complaint, Indictment or Information.
[ ]Defendant(s) advised of rights    [ ]Defendant(s) waived advice of rights.
[ ]Defendant(s) waived  [ ]Identity hearing [ ]Preliminary hearing [ ]Removal hearing.
[ ]**ORDER** - (Re)setting/continuing [ ]Arraignment [ ]Preliminary [ ]Detention [ ]Status [ ]Rule 5.1 or 32.1 hearing before the
   duty Magistrate Judge on: _____.
[ ]Government witness sworn: _____.
[ ]**ORDER** - Finding probable cause. [ ]**ORDER** - Finding lack of probable cause for defendant.
[ ]**ORDER** - Defendant's plea of not-guilty entered; [ ]**ORDER** - Denial of the forfeiture allegation.
[ ]**ORDER** - Setting trial before Judge _____ on _____ 2008, at 9:00 a.m.
[ ]**ORDER** - Defendant is released on conditions, (see separate order).
[X]**ORDER** - Defendant is detained [ ]flight risk [ ]danger [ ]pending further hearing.
[ ]**ORDER** - Discovery due in 10 days and motions due in 21 days.
[ ]**ORDER** - Setting revocation hearing before Judge _____ on _____ at _____.

[ ] _____.

[ ] _____.
(OTD:          - Gov't case:     days)

**DEFENDANT**                              **COUNSEL**
(1) _Kaliska Rose Rubio_                    (1) _Nell Brown_
    [X]Present [ ]O/R [ ]Bond [X]Custody        [X]Present [ ]Appointed [ ]Retained

(2) _____                  (2) _____
    [ ] Present [ ] O/R [ ] Bond [ ] Custody      [ ] Present  [ ] Appointed  [ ] Retained

(3) _____                  (3) _____
    [ ] Present [ ] O/R [ ] Bond [ ] Custody      [ ] Present  [ ] Appointed  [ ] Retained

[ ] Chambers              [ ] Probation
[ ] Counsel of Record     [ ] Pretrial Services              Document No.: _____
[ ] Jury Clerk            [ ] U.S. Marshal                   CRIMINAL MINUTES

Criminal Minutes
Revised June 10, 2004