ORD PTS12C (09/06)

# United States District Court
## District of Oregon

### Petition for Warrant or Summons for Defendant Under Pretrial Service Supervision

| Name of Defendant | Date |
|---|---|
| Kaliska Rose Rubio | March 24, 2008 |
| Name of Judicial Officer | Case Number |
| The Honorable Thomas M. Coffin, U.S. Magistrate Judge | CR07-524 |
| Original Offense | Date Supervision Commenced |
| Assault with a Dangerous Weapon with Intent to do Bodily Harm & Assault Resulting in Serious Bodily Injury | January 2, 2008 |

**Bond Conditions Imposed:**
- Report as directed by the U.S. Pretrial Services office.
- Refrain from any use, consumption or possession of any controlled substance in any form, under any circumstances, unless lawfully prescribed in writing by a licensed medical provider. A copy of the original written prescription must be shown to the U.S. Pretrial Services Officer within 10 days after defendant receives the written prescription. Defendant must also provide the U.S. Pretrial Services Officer with a list of all medication, including over-the-counter and supplements, being taken that might produce a positive result on a urinalysis test. To ensure compliance with the restriction on controlled substance use, the defendant shall submit to body substance tests, including breath, blood and urinalysis as may be requested by the U.S. Pretrial Services Officer. Should results indicate the use of controlled substances, the defendant shall undergo drug counseling as directed by Pretrial Services.
- Participate in a mental health evaluation and counseling at the direction of U.S. Pretrial Services. The defendant is also to take all medications as prescribed and participate in medication monitoring if directed by Pretrial Services.
- Avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses: Aldo Antunez Sr., Warren Wallulatum Jr., Taylor Arthur, Adam Rubio Sr.(defendant may take the children to visit Mr. Rubio in jail only).
- Neither own, possess, nor control any firearm (or any other specified weapon).
- Find and maintain gainful full-time employment, approved schooling or a full-time combination of both.
- is placed in the custody of: Christine and Leroy Smith
(Name of person or organization) _____
(Address) 1803 Kalish Road
City and state) Warm Springs, OR _____ (Tel. No.) _541-325-1173_____
who agrees a) to supervise the defendant in accordance with all conditions of release, b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.
Signed: _____
Custodian or Proxy                    Date

## PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

### Nature of Noncompliance

1. Ms. Rubio allegedly had contact with Mr. Aldo Antunez Sr.

### U.S. Pretrial Services Officer Recommendation:
☒ The bond should be revoked.
☒ Detention pending final adjudication due to
  ☐ risk of nonappearance.
  ☒ danger to community.

Based upon the above allegations, probable cause has been established that a violation of pretrial release has been committed. It is recommended the Court order the issuance of a warrant and order to show cause why the defendant's pretrial release should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 03/24/08

_[signature]_
U.S. Pretrial Services Officer

### Assistant U.S. Attorney's Position:
☒ The U.S. Attorney's office has been notified of this violation and:
  ☒ Concurs with recommendation.
  ☐ Does not concur with recommendation.

_____        _____
Assistant U.S. Attorney         Date

**THE COURT DIRECTS:**
☒ The Issuance of a Warrant (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)
☐ Other: _____

_[signature]_   3/24/08