FILED'08 MAR 24 15:22 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| | ) | CR __CR-07-524-KI__ |
| Plaintiff, | ) | |
| | ) | DETENTION ORDER |
| v. | ) | |
| | ) | Violation of Pretrial Release |
| | ) | |
| Kaliska Rubio | ) | |
| | ) | |
| Defendant(s) | ) | |

Violation of Pretrial Release

After a hearing pursuant to 18 USC § 3148 (violation of pretrial release order), the court finds that:

1. ☐ there is probable cause to believe the defendant has committed a federal, state or local crime while on release and has not rebutted the presumption that his/her release will endanger another or the community, *or*
   ☐ there is clear and convincing evidence that defendant has violated another condition of release, *or,*
   ☐ the defendant stipulates he/she violated a condition of release, *and*

2. ☑ based on the factors set forth in 18 USC § 3142(g), there is no condition or combination of conditions of release that will assure that defendant will not flee ~~or pose a danger to the safety of another person or the community~~ *or*
   ☐ defendant is unlikely to abide by any condition or combination of conditions of release.

DATED: __March 24__, 2006.

_____
United States Magistrate Judge

1 - DETENTION ORDER