PS 8(9/03)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF OREGON

U.S.A. vs. **Kaliska Rose Rubio**       FILED'08 MAR 25 14:27 USDC-ORP       Docket No. CR07-524-KI

TO: any United States Marshal or any other authorized officer

### WARRANT FOR ARREST OF DEFENDANT

You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the court.

| NAME OF DEFENDANT | SEX | RACE | AGE |
|---|---|---|---|
| Kaliska Rose Rubio | F | 1 | 23 |

ADDRESS (STREET, CITY, STATE)

1760 Bray Ave.
Warm Springs, OR 97761

TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)

U.S. District Court, Portland, Oregon

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| [signature] | [signature] | 3/24/08 |

### RETURN

Warrant received and executed.

| DATE RECEIVED | DATE EXECUTED |
|---|---|
| 3-24-08 | 3-24-08 |

EXECUTING AGENCY (NAME AND ADDRESS)
US MARSHALS SERVICE    1000 SW 3RD AVE
PORTLAND OR 97204

NAME  L. BYERLY  DC. MERRILL (BY) L. BYERLY (DEO)    DATE
DEO    US MARSHAL                                     3-24-08