FILED'08 JUL 14 10:05usDC-ORP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | CR 07-524-01-KI |
| v. | ORDER RELEASING DEFENDANT |
| KALISKA ROSE RUBIO, | |
| Defendant. | |

On July 11, 2008, this Court sentenced defendant to five years probation following her guilty plea to Assault With a Dangerous Weapon With Intent to Do Bodily Harm.

IT IS HEREBY ORDERED that the defendant, Kaliska Rose Rubio, shall be released from custody immediately.

DATED this _14_ day of July, 2008.

The Honorable Garr M. King
U.S. District Judge