| | | |
|---|---|---|
| PROB 12B<br>(Rev. 09/03) | UNITED STATES DISTRICT COURT<br>for<br>DISTRICT OF OREGON | PETITION AND ORDER<br>FOR MODIFICATION OF<br>CONDITIONS OF<br>SUPERVISED RELEASE |

U.S.A. vs. KALISKA ROSE RUBIO             Docket No. CR 07-524-01-KI

### Petition on Probation and Supervised Release

FILED'08 AUG 29 12:49USDC-ORP

COMES NOW LUCINDA PALMER, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Kaliska Rose Rubio, who was placed on supervision by The Honorable Garr M. King sitting in the court at Portland, Oregon, on the 11th day of July, 2008, who fixed the period of supervision at 5 years,* and imposed the general terms and conditions theretofore adopted by the Court.

*Term of probation commenced on July 11, 2008.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

On August 22, 2008, Kaliska Rubio traveled to the state of Washington without permission. I learned of this information from a third party. When confronted with this information, Rubio admitted to traveling to Washington over the weekend, returning on Monday, August 25, 2008. Her parents watched her four children and she went to visit a sick relative. She stated she did not have time to request permission to travel. She did not leave information regarding this travel with my answering service over the weekend, as was previously explained to her regarding emergency travel. As such, she agreed to perform 50 hours of community service work as a sanction for this violation behavior.

**PRAYING THAT THE COURT WILL ORDER** upon consideration of factors set forth in 18 USC § 3553(a), that defendant shall perform 50 hours of volunteer community service work at the direction of the probation officer.

| ORDER OF THE COURT | Respectfully, |
|---|---|
| Considered and ordered this 29th day of August, 2008, and ordered filed and made a part of the records in the above case.<br><br>_____<br>The Honorable Garr M. King<br>U.S. District Judge | _____<br>Lucinda Palmer<br>Senior U.S. Probation Officer<br><br>Place: Bend, Oregon<br><br>Date: August 27, 2008 |

Page 1 of 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON—PROBATION OFFICE

## WAIVER OF HEARING TO MODIFY CONDITIONS OF PROBATION/SUPERVISED RELEASE

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release.

**The defendant shall perform 50 hours of volunteer community service work at the direction of the probation officer.**

Witness: _____
Senior U.S. Probation Officer

Signed: _____
**Kaliska Rose Rubio**
Probationer or Supervised Releasee

Date: 8-26-08

Waiver of Hearing - Modify Cond (Prob 49-OR) (10-19-05)