FILED04 MAY '11 16:14USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | CR 07-524-01-KI |
| v. | ORDER CONTINUING AND MODIFYING |
| KALISKA ROSE RUBIO, | PROBATION |
| Defendant. | |

On July 11, 2008, this Court sentenced defendant to 5 years probation subject to standard and special conditions.

On July 28, 2010, this Court issued a Warrant of Arrest and Order to Show Cause why defendant's term of probation should not be revoked based on the probation officer's allegations that defendant violated the conditions of probation.

January 28, 2011, defendant appeared with counsel at a hearing to determine whether defendant's probation should not be revoked. The hearing was continued and defendant was released from custody under specific conditions.

On May 2, 2011, defendant appeared with counsel at a hearing to determine whether defendant's probation should not be revoked. The Court found the defendant had violated the

***ORDER—RUBIO, KALISKA ROSE***  *Page 1*

conditions of probation by using a controlled substance.

It is the finding of the Court that defendant violated the conditions of probation.

It now appearing to the Court defendant is suitable for continued community supervision,

**IT IS ORDERED** defendant's term of probation is continued subject to the previously imposed standard and special conditions and the following added special condition(s): 1) The defendant shall not possess or consume alcohol or enter an establishment where alcohol is the primary item for sale; 2) The defendant shall reside in and satisfactorily participate in a residential substance abuse treatment program for up to 120 days; 3) The defendant shall participate in a mental health treatment program approved by the probation officer; and 4) As directed by the probation officer, the defendant shall take psychotropic medication, if medically approved, for the treatment of a mental or emotional disorder.

All other aspects of the original judgment order shall remain in full force and effect.

DATED this 3rd day of May, 2011.

The Honorable Garr M. King
Senior U.S. District Judge