PROB 12B
(Rev. 09/03)

UNITED STATES DISTRICT COURT
for
DISTRICT OF OREGON

PETITION AND ORDER
FOR MODIFICATION OF
CONDITIONS OF
PROBATION

U.S.A. vs. KALISKA ROSE RUBIO    FILED 02 FEB '12 14:57 USDC-ORP    Docket No. CR 07-524-01-KI

### Petition on Probation and Supervised Release

COMES NOW LUCINDA PALMER, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Kaliska Rose Rubio, who was convicted of Assault With a Dangerous weapon With Intent to do Bodily Harm, and placed on supervision by The Honorable Garr M. King sitting in the court at Portland, Oregon, on the 11th day of July, 2008. Defendant was sentenced to 5 years probation* and the general terms and conditions theretofore adopted by the court.

The defendant shall not possess or consume alcohol or enter an establishment where alcohol is the primary item for sale.

*Term of probation commenced on July 11, 2008.
**Modification of supervision conditions on August 29, 2008: Complete 50 hours of community service work.
***Modification of supervision conditions on May 15, 2009: Complete 150 hours of community service work.
****Modification of supervision conditions on May 3, 2011: Enter and complete a residential treatment center for a period of up to 120 days.
*****Warrant issued January 24, 2012, alleging defendant failed to refrain from the use of alcohol. Violation hearing scheduled for February 28, 2012.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Rubio was arrested on authority of Your Honor's warrant on January 27, 2012. Her first appearance occurred before The Honorable John V. Acosta who ordered Rubio detained pending availability of a bed in the Northwest Regional Reentry Center (NWRRC). Upon advice of counsel, Rubio agreed to a modification of her conditions of probation to facilitate this conditions, as evidenced by the attached Waiver of Hearing form. As such, it is recommended that this conditions be added to facilitate this placement.

PRAYING THAT THE COURT WILL ORDER upon consideration of factors set forth in 18 USC § 3553(a), that defendant reside in and satisfactorily participate in a residential reentry center to include a prerelease component, if determined appropriate by the residential reentry center manager and the U.S. Probation Officer, for up to 120 days or until discharged by the residential reentry center manager and the U.S. Probation Officer.

Respectfully,

_____
Lucinda Palmer
Senior U.S. Probation Officer

Place: Bend, Oregon

Date: February 1, 2012

**ORDER OF THE COURT**

Considered and ordered this 2nd day of February, 2012, and ordered filed and made a part of the records in the above case.

_____
The Honorable Garr M. King
Senior U.S. District Judge

Page 1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON—PROBATION OFFICE

## WAIVER OF HEARING TO MODIFY CONDITIONS OF PROBATION/SUPERVISED RELEASE

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing ~~and to assistance of counsel~~. I also agree to the following modification of my Conditions of Probation and Supervised Release.

The defendant shall reside in and satisfactorily participate in a residential reentry center to include a prerelease component, if determined appropriate by the residential reentry center manager and the U.S. Probation Officer, for up to 120 days or until discharged by the residential reentry center manager and the U.S. Probation Officer.

Witness: _____
U.S. Probation Officer

Signed: _____
Kaliska Rubio
Supervised Releasee

Date: 1·31·12